## JAMES HARRIOTT
### v.
## FRANCIS B. HOLMES

1810

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 304
2. Plea; issue . . . . . . . . . . . . . . . . " 314
3. Jurors; verdict; judgment . . . . . . . . . . . " 317

### PAPERS IN FILE
[None]

## UNITED STATES
### v.
## ABRAHAM, A BLACK MAN, OTHERWISE KNOWN AS ABRAHAM PORT

1810

### JOURNAL ENTRIES

1. Recognizance . . . . . . . . . . . *Journal, infra,* \*p. 304
2. Plea; issue . . . . . . . . . . . . . . . . " 311
3. Verdict . . . . . . . . . . . . . . . . " 314
4. Application in mitigation of fine . . . . . . . . " 323
5. Sentence . . . . . . . . . . . . . . " 328

### PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . . . . .